**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUGARTOWN WORLDWIDE LLC, TOMMY BAHAMA GROUP, INC., and SOUTHERN TIDE, LLC, | Case No. 20-cv-02187 |
| Plaintiffs, | **Judge Sara L. Ellis** |
| v. | **Magistrate Judge Sidney I. Schenkier** |
| MEMORYHOME STORE, et al., | |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 22, 2020 [52], in favor of Plaintiffs Sugartown Worldwide LLC, Tommy Bahama Group, Inc., and Southern Tide, LLC (collectively "Plaintiffs") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) of trademark statutory damages and one hundred thousand dollar ($100,000) of copyright statutory damages per Defaulting Defendant, and Lilly Pulitzer acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| memoryhome store | 1 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 25th day of September 2020.    Respectfully submitted,

/s/ RiKaleigh C. Johnson

Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiffs Sugartown Worldwide LLC, Tommy Bahama Group, Inc., and Southern Tide, LLC*